Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Don De Leonardis, appellant. Gen. No. 28,575.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. L. Adduci, also known as Louis Adduci, appellant. Gen. No. 28,576.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Jerardo Altiere, also known as J. K. Altiere, appellant. Gen. No. 28,577.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Speros Notos, appellant. Gen. No. 28,579.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Mrs. Marco Alishahon, appellant. Gen. No. 28,580.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. James Argerez, appellant. Gen. No. 28,581.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.